FILED 10 DEC 28 13:22 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-00502-MO |
| v. | |
| CHAEL PATRICK SONNEN, | SUPERCEDING INFORMATION |
| Defendant. | 18 U.S.C. § 1956(a)(1)(B)(i) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1:
MONEY LAUNDERING
(18 U.S.C. § 1956(a)(1)(B)(i))

On or about June 20, 2006, in the District of Oregon, **CHAEL PATRICK SONNEN**, defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to wit, he caused a check in the amount of $69,091.53 to be issued and negotiated from a bank account at U.S. Bank, which involved the proceeds of a specified unlawful activity, that is wire fraud. Defendant further knew that the financial transaction was designed in whole or in part to conceal or disguise the ownership and control of the proceeds of wire fraud, to wit, defendant and others devised and intended to devise a material scheme and artifice to defraud Decision One Mortgage, and to obtain money and property from Decision One

Page 1 -   **Superceding Information**
           *U.S. v. Chael Patrick Sonnen*; 10-CR-00502-MO

Mortgage by means of false and fraudulent pretenses, representations and promises, and that while conducting and attempting to conduct such financial transaction, defendant knew that the property involved in the financial transaction represented the proceeds of the unlawful activity, wire fraud.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

DATED this 28th day of December, 2010.

                Presented by:

                DWIGHT C. HOLTON
                United States Attorney
                District of Oregon

                _____
                MICHELLE HOLMAN KERIN, OSB#965278
                Assistant United States Attorney

**Page 2 -**     **Superceding Information**
               *U.S. v. Chael Patrick Sonnen*; 10-CR-00502-MO